**Dismissed and Memorandum Opinion filed April 9, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00864-CR

---

### DARREN TRAVELL HUGHES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 985661**

---

### M E M O R A N D U M   O P I N I O N

Appellant was convicted of the offense of sexual assault of a child and sentenced to confinement for three years on January 25, 2005. On October 8, 2014, appellant filed a pro se notice of appeal.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of

Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State,* 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).